**Deny Writ and Opinion Filed September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-01184-CV**

### IN RE JAMES M. FISHER II, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-22733**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial judge erred in awarding real party in interest interim attorney's fees. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by our order of August 29, 2013.

131184F.P05

KERRY P. FITZGERALD
JUSTICE